DAVID M. MICHAEL, SBN #74031
LAW OFFICES OF DAVID M. MICHAEL
294 Page Street
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile:  (415) 621-4173

Attorney for Plaintiff
PAUL L. FIELDS, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br>$25,000 IN UNITED STATES CURRENCY,<br><br>               Defendant.<br>_____/<br>PAUL L. FIELDS, Jr.<br><br>               Claimant.<br>_____/ | CASE NO: C 04 0430 SC<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON PRETRIAL MOTIONS |

       On 5 April 2006, the Court set this matter for hearings on pretrial motions on 7 July 2006, at 10:00 a.m. In addition, on 10 May 2006, the Court also set this matter for a status conference on 25 August 2006 at 10:00 a.m.

       In that the parties are still in the process of completing additional discovery by way of answers to requests for production of documents and answers to interrogatories, it is respectfully requested that the Court continue the date for hearing on pretrial motions to coincide with the date presently set for status, 25 August 2006.

       WHEREFORE, It is hereby stipulated by and between the parties that the hearing date for pretrial motions be continued to 25 August 2006 at 10:00 a.m.

Dated: 16 May 2006

                                              Respectfully submitted,

                                              DAVID M. MICHAEL
                                              Attorney for Claimant
                                              PAUL L. FIELDS, Jr.

1  Dated: _____6/26/06_____ 2006

_____
AUSA STEPHANIE HINDS
Attorney for Defendant
UNITED STATES OF AMERICA

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and for good cause having been shown,

IT IS HEREBY ORDERED that the hearing on pretrial motions is continued to 25 August 2006 at 10:00 a.m. in Courtroom 1 of the above entitled court.

DATED:    6/26/06

_____
HONORABLE SAMUEL CONTI
US District



STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON PRETRIAL MOTIONS
CASE NO: C 04 0430 SC                                                                                                          -2-