| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | STEPHANIE M. HINDS (CSBN 154284)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6816 |
| 7 | email: stephanie.hinds@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 04-0430 SC |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS AND HEARING DATE** |
| v. | ) ) | |
| $25,000 IN UNITED STATES CURRENCY, | ) ) ) | |
| Defendant. | ) | |

*STIPULATION & [PROPOSED] ORDER*
*[C04-0430 SC]*

This matter is currently scheduled for a status conference and for a hearing on dispositive and other motions on February 9, 2007. The parties hereby request that the Court continue the motions hearing and status conference to May 25, 2007. The parties make this request, in part, because there remains discovery outstanding. The parties contend that until discovery is complete, the parties will not be able to adequately prepare their necessary motions.

DATED: February 2, 2007

_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: February 2, 2007

_____
DAVID M. MICHAEL
Attorney for Paul Fields

### [PROPOSED] ORDER

In consideration of the above-stipulation and good cause appearing, the status conference and hearing on dispositive and other motions currently scheduled for February 9, 2007 is vacated. The matter is continued to May 25, 2007, for status and motions hearing.

**IT IS SO ORDERED.**

DATED:   2/5/07



IT IS SO ORDERED
Judge Samuel Conti

*STIPULATION & [PROPOSED] ORDER*
*[C04-0430 SC]*