SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$25,000 IN UNITED STATES CURRENCY,<br><br>    Defendant. | No. C 04-0430 SC<br><br>SETTLEMENT STIPULATION AND [PROPOSED] FINAL ORDER OF FORFEITURE |

   In full settlement of all claims and disputes arising from and related to the captioned forfeiture action, plaintiff United States of America, and claimant Paul Fields, hereby stipulate and agree as follows:

   1.   The defendant $25,000 (hereinafter "defendant funds") were seized by state and local law enforcement agents as suspected proceeds of drug trafficking. On January 30, 2004, the United States brought this civil action seeking forfeiture of the defendant funds pursuant to Title 21, United States Code, Section 881(a)(6).

   2.   Paul Fields is the sole claimant to the defendant funds.

   3.   Claimant Paul Fields agrees that sufficient evidence exists to establish forfeiture of

*SETTLEMENT STIPULATION &*
*[PROPOSED] FINAL ORDER RE FORFEITURE*
*[C04-0430 SC]*

$12,500 of the defendant funds, pursuant to Title 21, United States Code, Section 881(a)(6), and consents to the forfeiture of said amount to the United States. Claimant Paul Fields relinquishes all right, title and interest in $12,500 and agrees that said amount shall be forfeited to the United States and disposed by the United States Marshals Service according to law.

4.  $12,500, which represents the balance of the defendant funds, shall be returned to Claimant Paul Fields by and through his attorney, David M. Michael, whose business address is 414 Gough Street, Suite 2, San Francisco, California, 94102. Said payment shall be in full settlement and satisfaction of any and all claims by claimant, his heirs, representatives and assignees indirectly or directly related to this action.

5.  Claimant Paul Fields, his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the defendant currency.

6.  Each party shall pay its own attorney fees and costs.

DATED: 5/24/07

SCOTT N. SCHOOLS
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 22 May 2007

DAVID M. MICHAEL
Attorney for Claimant Paul Fields

DATED: 23 May 2007

PAUL FIELDS
Claimant

*SETTLEMENT STIPULATION &*
*[PROPOSED] FINAL ORDER RE FORFEITURE*
*[C04-0430 SC]*

**[PROPOSED] FINAL ORDER OF FORFEITURE**

Based upon the above stipulation and all pleadings filed herein,

IT IS HEREBY ORDERED that $12,500 of the defendant funds shall be and hereby is forfeited to the United States, pursuant to Title 21, United States Code, Section 881(a)(6). All right, title and interest in said property is hereby vested in the United States of America. The United States Marshals Service shall dispose of the forfeited property according to law.

IT IS FURTHER ORDERED that $12,500, which represents the balance of the defendant funds, shall be returned to Claimant Paul Fields, by and through his attorney David Michael, whose business address is 414 Gough Street, Suite 2, San Francisco, California, 94102. Said payment shall be in full settlement and satisfaction of any and all claims by claimant, his heirs, representatives and assignees to the defendant funds indirectly or directly related to this action.

IT IS FURTHER ORDERED that claimant Paul Fields, his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the defendant currency.

IT IS FURTHER ORDERED that each party bear its own costs and attorneys fees.

IT IS SO ORDERED.

DATED: May 24, 2007



_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*SETTLEMENT STIPULATION &*
*[PROPOSED] FINAL ORDER RE FORFEITURE*
*[C04-0430 SC]*